UNITED STATES COURT OF INTERNATIONAL TRADE

BEFORE: HON. THOMAS J. AQUILINO, SENIOR JUDGE

```
---------------------------------------------------------------x
 Victoria's Secret Direct,                      :

                    Plaintiff,                  :

                        v.                      :    Court No.    05-00413

 United States,                                 :

                    Defendant.                  :
---------------------------------------------------------------x
```

## COMPLAINT

1. Plaintiff is the importer of record.

2. The protests and summons herein were timely filed.

3. All liquidated duties, charges and exactions were paid prior to commencement of this action.

4. The imported merchandise at issue ("subject merchandise") is identified on Exhibit 1 by protest number, entry number, entry line number, style number, and style description.

5. The subject merchandise consists of ladies' knitted tops with a built-in shelf bra.

6. In liquidation, U.S. Customs and Border Protection ("Customs") classified the subject merchandise in one of the following provisions:

    a. Tank tops, knitted or crocheted, of cotton, under HTSUS subheading 6109.10.00 at the rate of 17 percent ad valorem,

    b. Tank tops, knitted or crocheted, of man-made fibers, under HTSUS subheading 6109.90.10 at the rate of 32.2 percent ad valorem,

    c. Pullovers, knitted or crocheted, of cotton, under HTSUS subheading 6110.20.20 at the rate of 16.9 percent ad valorem, or

    d. Pullovers, knitted or crocheted, of man-made fibers, under HTSUS subheading 6110.30.30 at the rate of 32.2 percent ad valorem.

7. The subject merchandise is classifiable in one of the following provisions:

    a. Other garments, knitted or crocheted, of cotton under subheading 6114.20.00, HTSUS, at the rate of 10.9 percent ad valorem, or

    b. Other garments, knitted or crocheted, of man-made fibers under subheading 6114.30.10, HTSUS, at the rate of 28.4 percent ad valorem.

8. The subject merchandise is similar to the merchandise at issue in *Victoria's Secret Direct, LLC v. United States*, 908 F. Supp. 2d 1332 (Ct. Int'l. Trade 2013) and *Lerner N.Y., Inc. v. United States*, 908 F. Supp. 2d 1313 (Ct. Int'l. Trade 2013), *aff'd. Victoria's Secret, LLC. V. United States*, 908 F.3d 1102 (Fed. Cir. 2014), wherein the court held that knitted outer garments which provide significant body coverage and bust support are classifiable under heading 6114, HTSUS.

**WHEREFORE**, plaintiff respectfully requests that this Court render judgment in its favor and direct Customs to (1) reliquidate each entry identified on Exhibit 1 with identified style numbers, classifying each style number identified for that entry as indicated above and (2) refund the excess duties collected with lawful interest.

                                            Respectfully submitted,

                                        GRUNFELD, DESIDERIO, LEBOWITZ
                                        SILVERMAN & KLESTADT, LLP
                                        Attorneys for Plaintiff
                                        599 Lexington Avenue
                                        36th Floor
                                        New York, New York 10022
                                        Tel. (212) 557-4000

/s/    <u>Robert F. Seely</u>
                                        Robert B. Silverman
                                        Alan R. Klestadt

Dated:  New York, New York
           March 12, 2022

# EXHIBIT 1

**Port:**   Los Angeles, CA (2704) and Columbus, OH (4103)

**Summons Filed:** 6/22/2005

*NOTE:*  Entries identified below with an asterisk (*) are abandoned and not subject to reliquidation.

| Protest | Entry No | Line No | Style No | Description |
|---|---|---|---|---|
| 2704-04-102353 | 442-1760396-6 | 1 | 164220 | BLOUSE, L/S WITH KEYHOLE AND SHELF BRA - Of cotton |
| 2704-04-102813 | 442-1771241-1 | 1 | 170220 | TANK, ATHLETIC SHELF BRA – of cotton |
| 2704-04-102814 | 442-1775319-1* | | | |
| 2704-04-102815 | 442-1777492-4* | | | |
| 2704-04-102816 | 442-1778205-9* | | | |
| 2704-04-102817 | 442-1770243-8* | | | |
| 2704-04-102818 | 442-1769344-7* | | | |
| 2704-04-102819 | 442-1771234-6 | 1 | 164646 | PULLOVER, L/S V-NECK WITH SHELF BRA - Of cotton |
| 2704-04-102822 | 442-1770295-8* | | | |
| 2704-04-102823 | 442-1770298-2* | | | |
| 2704-04-102824 | 442-1778267-9 | 1 | 169418 | TANK, RACER BACK W/ SHELF BRA – of cotton |
| 2704-04-102825 | 442-1775310-0 | 1 | 169599 | TANK TOP, SCREEN PRINT WITH SHELF BRA |
| 2704-04-102826 | 442-1773281-5 | 1 | 169605 | TANK TOP, TWO LAYER SATIN AND RIB W/ SHELF BRA |
| 2704-04-102827 | 442-1777816-4 | 1 | 169689 | TANK, SQUARE NECK W/ SHELF BRA |
| 2704-04-102828 | 442-1777712-5* | | | |
| 2704-04-102829 | 442-1771246-0 | 1 | 170223 | PULLOVER, SLVLS w/ SHELF BRA - Of man-made fibers |
| 2704-04-102830 | 442-1776137-6 | 1 | 170237 | TANK, SHELF BRA |
| 2704-04-102831 | 442-1778204-2* | | | |
| 2704-04-102832 | 442-1777499-9* | | | |
| 2704-04-102833 | 442-1777708-3* | | | |
| 2704-04-102835 | 442-1777486-6* | | | |
| 2704-04-102836 | 442-1778219-0* | | | |
| 2704-04-102837 | 442-1772421-8 | 1 | 169688 | PULLOVER, SLVLS SHELF BRA - Of cotton |
| 2704-04-102837 | 442-1777488-2 | 1 | 169688 | PULLOVER, SLVLS SHELF BRA - Of cotton |

| Protest | Entry No | Line No | Style No | Description |
|---|---|---|---|---|
| 2704-04-102844 | 442-1772448-1* | | | |
| 2704-04-102844 | 442-1777706-7* | | | |
| 2704-04-102845 | 442-1777814-9* | | | |
| 2704-04-102845 | 442-1777815-6* | | | |
| 2704-04-102846 | 442-1777522-8* | | | |
| 2704-04-102846 | 442-1777523-6* | | | |
| 2704-04-102847 | 442-1772463-0* | | | |
| 2704-04-102847 | 442-1775318-3* | | | |
| 2704-04-102848 | 442-1777690-3* | | | |
| 2704-04-102848 | 442-1778211-7* | | | |
| 2704-04-102849 | 442-1772431-7* | | | |
| 2704-04-102849 | 442-1772433-3* | | | |
| 2704-04-102849 | 442-1777720-8* | | | |
| 2704-04-102849 | 442-1778270-3* | | | |
| 2704-04-102850 | 442-1770288-3* | | | |
| 2704-04-102850 | 442-1770289-1* | | | |
| 2704-04-102850 | 442-1771237-9* | | | |
| 2704-04-102850 | 442-1777520-2* | | | |
| 2704-04-102850 | 442-1777721-6* | | | |
| 2704-04-102855 | 442-1770268-5 | 1 | 169329 | TANK, ORGANZA TRIM W/ SHELF BRA |
| 2704-04-102855 | 442-1776108-7 | 1 | 169329 | TANK, ORGANZA TRIM W/ SHELF BRA |
| 2704-04-102856 | 442-1777626-7 | 1 | 169687 | PULLOVER, 3/4 SLEEVE BALLET NECK W/ SHELF BRA - Of cotton |
| 2704-04-102856 | 442-1777719-0 | 1 | 169687 | PULLOVER, 3/4 SLEEVE BALLET NECK W/ SHELF BRA – Of cotton |
| 2704-05-100296 | 442-1779719-8* | | | |
| 2704-05-100296 | 442-1783116-1* | | | |
| 2704-05-100297 | 442-1779709-9* | | | |
| 2704-05-100297 | 442-1783117-9* | | | |
| 2704-05-100298 | 442-1780954-8* | | | |
| 2704-05-100298 | 442-1783822-4* | | | |
| 2704-05-100299 | 442-1777554-1* | | | |
| 2704-05-100299 | 442-1782182-4* | | | |
| 2704-05-100300 | 442-1782036-2* | | | |
| 2704-05-100300 | 442-1782113-9* | | | |
| 2704-05-100300 | 442-1783105-4* | | | |
| 2704-05-100300 | 442-1783816-6* | | | |
| 2704-05-100303 | 442-1784057-6* | | | |
| 2704-05-100303 | 442-1784895-9* | | | |
| 2704-05-100304 | 442-1782117-0 | 1 | 169418 | TANK, RACER BACK W/ SHELF BRA |

| Protest | Entry No | Line No | Style No | Description |
|---|---|---|---|---|
| 2704-05-100304 | 442-1783099-9 | 1 | 169418 | TANK, RACER BACK W/ SHELF BRA |
| 2704-05-100304 | 442-1783110-4 | 1 | 169418 | TANK, RACER BACK W/ SHELF BRA |
| 2704-05-100304 | 442-1783819-0 | 1 | 169418 | TANK, RACER BACK W/ SHELF BRA |
| 2704-05-100305 | 442-1780952-2* | | | |
| 2704-05-100305 | 442-1782372-1* | | | |
| 2704-05-100305 | 442-1783091-6* | | | |
| 2704-05-100306 | 442-1781422-5* | | | |
| 2704-05-100306 | 442-1782154-3* | | | |
| 2704-05-100306 | 442-1783111-2* | | | |
| 2704-05-100306 | 442-1784062-6* | | | |
| 2704-05-100306 | 442-1784065-9* | | | |
| 2704-05-100307 | 442-1782111-3* | | | |
| 2704-05-100307 | 442-1784037-8* | | | |
| 2704-05-100308 | 442-1781703-8 | 1 | 169688 | PULLOVER, SLVLS SHELF BRA - Of cotton |
| 2704-05-100308 | 442-1784028-7 | 1 | 169688 | PULLOVER, SLVLS SHELF BRA |
| 2704-05-100314 | 442-1784898-3* | | | |
| 2704-05-100315 | 442-1781578-4* | | | |
| 2704-05-100316 | 442-1783094-0* | | | |
| 2704-05-100317 | 442-1783814-1* | | | |
| 2704-05-100319 | 442-1784042-8* | | | |
| 2704-05-100321 | 442-1784067-5* | | | |
| 2704-05-100322 | 442-1783115-3* | | | |
| 2704-05-100323 | 442-1784018-8 | 1 | 170237 | TANK, SHELF BRA |
| 2704-05-100324 | 442-1783104-7 | 1 | 169689 | TANK, SQUARE NECK W/ SHELF BRA |
| 2704-05-100325 | 442-1781582-6* | | | |
| 2704-05-100326 | 442-1783095-7 | 1 | 169605 | TANK TOP, TWO LAYER SATIN AND RIB W/ SHELF BRA |
| 2704-05-100327 | 442-1781585-9 | 1 | 169599 | TANK TOP, SCREEN PRINT WITH SHELF BRA |
| 2704-05-100328 | 442-1781592-5 | 1 | 169329 | TANK, ORGANZA TRIM W/ SHELF BRA – of man-made fibers |
| 2704-05-100329 | 442-1783114-6* | | | |
| 4103-04-100249 | 233-3193997-7* | | | |
| 4103-04-100250 | 233-3194000-9* | | | |
| 4103-04-100251 | 233-3195357-2* | | | |
| 4103-04-100252 | 233-3214717-4 | 1 | 171420 | TANK, SCOOP NECK SHELF BRA |
| 4103-04-100253 | 233-3192911-9 | 1 | 169689 | TANK, SQUARE NECK W/ SHELF BRA – of man-made fibers |
| 4103-04-100255 | 233-3195331-7* | | | |

| Protest | Entry No | Line No | Style No | Description |
|---|---|---|---|---|
| 4103-05-100001 | 233-3212750-7 | 1 | 167266 | PULLOVER, L/S WITH CONTRAST TRIM, SHELF BRA – of man-made fibers |
| 4103-05-100011 | 233-3209744-5* | | | |
| 4103-05-100011 | 233-3212722-6* | | | |
| 4103-05-100012 | 233-3190216-5* | | | |
| 4103-05-100012 | 233-3214496-5* | | | |
| 4103-05-100019 | 233-3193989-4 | 1 | 169687 | PULLOVER, 3/4 SLEEVE BALLET NECK W/ SHELF BRA |

11503086_1